**Jason Vogelpohl, Esq. #252407**
**Central Coast Bankruptcy, Inc.**
532 Pajaro Street
Salinas, CA 93901
831.783.0260 – Telephone
831.585.1024 – Facsimile

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

JOHNSON, Grant Steven

        Debtor(s)

_____/

Case No: 22-50921 HLB
Chapter 13

**MOTION FOR APPROVAL OF ADDITIONAL PROVISIONS IN CHAPTER 13 PLAN**

    Debtor, Grant Steven Johnson, by and through his attorney of record; Jason Vogelpohl of Central Coast Bankruptcy, Inc. files this Motion for Approval of Additional Provisions in Chapter 13 Plan ("Motion") to obtain court required approval to include additional provisions in the Chapter 13 Plan that Debtor has proposed. In general, the additional provisions clarify the plan estimated duration and specifies the dividend paid on filed and allowed general (nonpriority) unsecured claims.

//

//

## Background

Debtor filed this case on October 7, 2022. [Docket No 1]. Debtor agreed to add certain language to Section 7 of his Chapter 13 Plan, filed on October 12, 2022, which states the following additional language:

> Section 2.01 is amended so that the cumulative number of months set forth for the Debtor's plan payments is the Debtor's estimated (rather than fixed) plan duration.

> Section 2.03. is amended to provide: "In no event may a plan be proposed and confirmed that exceeds 60 months.

> Section 3.14. is amended to add and select the following option specifying the dividend paid on filed and allowed general (nonpriority) unsecured claims:
> "Fixed Dividend: Class 7 claimants shall receive an aggregate dividend of $0.00, which shall be shared pro-rata, based on the amounts of their respective allowed nonpriority unsecured claims."

## Argument

The additional provisions included in Debtor's Chapter 13 Plan will allow for the Plan duration to be estimated rather than fixed. It also specifies that Class 7 Claimants will receive a dividend of $0.00.

WHEREFORE, the Debtor requests that the Court grant the Motion and approve the use of the additional provisions set forth at §7 of Debtor's Chapter 13 Plan filed on October 12, 2022 as expressed above.

Dated: December 28, 2022

/s/ Jason Vogelpohl #252407
JASON VOGELPOHL, ESQ.
Attorney for Debtor(s)