**Central Coast Bankruptcy, Inc.**
**Jason Vogelpohl, Esq. #252407**
532 Pajaro Street
Salinas, CA 93901
831.783.0260 Telephone
831.585.1024 Facsimile

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

JOHNSON, Grant Steven

        Debtor(s).

_____/

Case No: 22-50921 HLB
Chapter 13

**NOTICE OF MOTION FOR APPROVAL OF ADDITIONAL PROVISIONS IN CHAPTER 13 PLAN AND OF OPPORTUNITY TO REQUEST HEARING**

**TO: DEVIN DERHAM-BURK, CHAPTER 13 TRUSTEE AND ALL PARTIES IN INTEREST:**

    PLEASE TAKE NOTICE THAT Debtor Grant Steven Johnson, by and through his attorney of record, Jason Vogelpohl of Central Coast Bankruptcy, Inc., moves this Court for an Order approving the inclusion of additional provisions in Debtor's Chapter 13 Plan, which clarify the Plan estimated duration and specifies the dividend paid on filed and allowed general (nonpriority) unsecured claims.

    Pursuant to Bankruptcy Local Rule 9014(b)(3)(A): 1) the following procedures are to be followed:

1) Any objection to the requested relief, or a request for hearing on the matter must be filed with the Clerk of the U.S. Bankruptcy Court at the address listed below, and served on the debtor's attorney and the Chapter 13 Trustee as listed below, within twenty-one (21) days of mailing of the notice;

//
//

2) A request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

3) If there is not a timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default; and 4) The debtor's attorney will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any Trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

The addresses to file and serve a request for hearing are:

| **Court:** | **Debtor's Attorney:** | **Chapter 13 Trustee:** |
|---|---|---|
| U.S. Bankruptcy Court | Jason Vogelpohl, Esq. | Devin Derham-Burk, Trustee |
| 280 S. First Street, Room 3035 | Central Coast Bankruptcy, Inc. | P.O. Box 50013 |
| San Jose, CA   95113-3099 | 532 Pajaro Street | San Jose, CA   95150-0013 |
|  | Salinas, CA   93901-3346 |  |

A hearing will not be set on the Court's calendar unless you request a hearing.  Refer to Bankruptcy Rule 2002, as well as B.L.R. 9014-1 for additional rules applicable to this motion.

If you have received this notice and opportunity to be heard without the motion documents and would like complete copies, please request copies from the Bankruptcy Court Clerk's office, PACER online service, or Debtor's attorney by contacting Central Coast Bankruptcy, Inc., 532 Pajaro Street, Salinas, California 93901-3346; telephone 831.783.0260.

Dated:   December 28, 2022

/s/ Jason Vogelpohl #252407
JASON VOGELPOHL, ESQ.
Attorney for Debtor(s)