**Central Coast Bankruptcy, Inc.**
**Jason Vogelpohl, Esq. #252407**
532 Pajaro Street
Salinas, CA 93901
831.783.0260 – Telephone
831.585.1024 – Facsimile

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Chapter 13
                                          Case No: 22-50921 HLB
JOHNSON, Grant Steven

                                          **DECLARATION AND REQUEST FOR**
           Debtor            /            **ENTRY OF DEFAULT**

I, Jason Vogelpohl, Declare:

1. I am the attorney for the debtor.

2. On December 29, 2022 I filed a Motion for Approval of Additional Provisions in Chapter 13 Plan and served it along with a Notice and Opportunity for Hearing on all creditors as shown on the Certificate of Service.

3. More than twenty-one (21) days have elapsed since service and there have been no objections or request for hearing have been filed, and I have been advised of no objections.

4. In view of the above, it is hereby requested that the Court issue an Order Approving Additional Provision in Chapter 13 Plan, and for such other relief as the Court may deem just and proper.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Salinas, California on February 7, 2023.

/s/ Jason Vogelpohl #252407
JASON VOGELPOHL, Esq