**Central Coast Bankruptcy, Inc.**
**Jason Vogelpohl, Esq. #252407**
532 Pajaro Street
Salinas, CA 93901
831.783.0260 – Telephone
831.585.1024 – Facsimile

Attorney for Debtor(s)

Entered on Docket
February 07, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: February 7, 2023

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

JOHNSON, Grant Steven

          Debtor(s)

Case No.: 22-50921 HLB
Chapter 13

**ORDER APPROVING ADDITIONAL PROVISIONS IN CHAPTER 13 PLAN**

    The Motion for Approval of Additional Provisions in Chapter 13 Plan and all supporting documents having been served on all creditors, and no Objections or request for hearing having been filed, and good cause appearing;

    IT IS ORDERED THAT the following language is approved in Section 7.01

    Section 2.01 is amended so that the cumulative number of months set forth for the Debtor's plan payments is the Debtor's estimated (rather than fixed) plan duration.

//

//

IT IS FURTHER ORDERED THAT the following language is approved in Section 7.02

Section 2.03. is amended to provide: "In no event may a plan be proposed and confirmed that exceeds 60 months.

IT IS FURTHER ORDERED THAT the following language is approved in Section 7.03

Section 3.14. is amended to add and select the following option specifying the dividend paid on filed and allowed general (nonpriority) unsecured claims:
"Fixed Dividend: Class 7 claimants shall receive an aggregate dividend of $0.00, which shall be shared pro-rata, based on the amounts of their respective allowed nonpriority unsecured claims."

**\*\*END OF ORDER\*\***

Court Service List